**Order entered April 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01137-CV

### BISHOP ABBEY HOMES, LTD. AND NATHAN HALSEY, Appellants

### V.

### BYRON AND PAIGE HALE, Appellee

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-11-1207**

## ORDER
Before Justices Francis, Myers and Schenck

Before the Court is appellant's Emergency Motion for Temporary Stay Pending Review of Trial Court's Supersedeas Ruling. Under rule 24.4(c) of the Texas Rules of Appellate Procedure, we **GRANT** the motion and **ORDER** enforcement of the judgment in this case **STAYED** pending this Court's review of the supersedeas bond; provided, however post-judgment discovery may proceed in the trial court's discretion pending this Court's review of the supersedeas bond.

Appellants shall file their motion to review the supersedeas bond together with the supplemental reporter's record and clerk's record in support of the motion **within five (5) days**

of the date of this order. Appellee may file a response to appellant's motion to review the supersedeas bond within ten days of the date appellants file their motion.

/s/     DAVID J. SCHENCK
            JUSTICE